**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

DREWS OMONDI,

Petitioner,

v. Case No. 1:26-cv-00439 KWR-JMR

TODD LYONS, *Acting Director, Immigration and Customs Enforcement,*
KRISTI NOEM*, Secretary of the Department of Homeland Security,*
PAMELA BONDI, *U.S. Attorney General,*
*and* MARY DE ANDA-YBARRA, *Director, El Paso Field Office Immigrations and Customs Enforcement,*

Respondents.

**JUDGMENT**

Consistent with the order entered concurrently herewith, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

_____/S/______________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE